IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                      : CASE NO: 1:05-CR-108
                             : JUDGE BLACK

ANTHONY ARTRIP,

    Defendant.

### ORDER

This matter is before the Court on the Motion filed by Plaintiff United States of America, in which the United States requests that the Bureau of Prisons turn over to the United States of America the full amount of the non-exempt funds in the inmate trust account in its possession belonging Anthon R. Artrip (Inmate #: 06172-032).

The Court having considered such hereby ORDERS that the Bureau of Prisons issue a check, made payable to the United States District Court Clerk, and mail it to, 85 Marconi Blvd, Columbus, OH 43215 in the full amount of funds representing non-exempt monies in the inmate trust account.

IT IS SO ORDERED.

                                                      _Timothy S. Black_

DATE: 7/11/2024                        UNITED STATES DISTRICT JUDGE